ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Pierre Ndjeng

      Petitioner,

v.

Eric Rokosky, et al.,

      Respondents.

No. CV-26-02377-PHX-KML (DMF)

**ORDER**

Petitioner brings this action under § 2241 challenging his prolonged immigration detention.  (Doc. 1).

Petitioner is a native of Cameroon.  In January 2025, Petitioner entered the United States seeking asylum and was immediately taken into custody.  On September 18, 2025, an immigration judge (IJ) denied all forms of relief.  Petitioner timely appealed, but, to date, no briefing schedule has been set by the Board of Immigration Appeals, and Petitioner remains detained.  Accordingly, Petitioner alleges that his continued detention violates the Fifth Amendment.

The Court will require Respondents to answer the Petition.  The parties should address at what point detention becomes prolonged, and what test the Court should employ to evaluate the propriety of continued detention.  *See e.g. Black v. Decker*, 103 F.4th 133, 147-151 (2d Cir. 2024) (applying the three-factor balancing test set forth in *Mathews v. Eldridge*, 424 U.S. 319 (1976)).  Finally, the parties should address who bears the burden of establishing that continued detention is appropriate.

**IT IS THEREFORE ORDERED**:

(1)     Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(2)     If not already issued, the Clerk of Court must issue any properly completed summonses.

(3)     The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)     Respondents must **answer** the Petition (Doc. 1) no later than **April 28, 2026**.

(5)     Petitioner may file a reply within **five (5) days** of service of Respondents' answer.

Dated this 8th day of April, 2026.

_____
**Honorable Krissa M. Lanham**
**United States District Judge**

- 2 -